IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 5:08-944 |
| | ) | |
| vs. | ) | |
| | ) | INFORMATION |
| **ANDRE SHAWN GREEN** | ) | |

The United States of America, by and through its undersigned Assistant United States Attorney, files this Information thereby notifying the defendant that she is subject to increased penalties pursuant to Title 21, United States Code, Section 851, based upon the following conviction(s):

1. 3-11-1994- **Manufacture, Possess, Schedule I or II With Intent to Distribute**-Orangeburg County General Sessions Number 94-GS-30-00803. Sentenced to 7 Years confinement suspended to 2 years probation.

W. WALTER WILKINS
UNITED STATES ATTORNEY

By: s/ J.D. Rowell
    J.D. Rowell  (#9802)
    Assistant United States Attorney

March 9, 2009