IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

**UNITED STATES OF AMERICA**

VS                                                    CR NO. <u>5:08-944</u>

**ANDRE SHAWN GREEN,**
a/k/a Andre Green
a/k/a "Dre"

# PLEA

The defendant, **<u>ANDRE SHAWN GREEN, a/k/a Andre Green a/k/a "Dre"</u>**, having withdrawn his plea of Not Guilty entered March 3, 2009, pleads **GUILTY** to Count **1** of the **Third Superseding Indictment** after arraignment in open court.

_(signature)_
(Signed) Defendant

Columbia, South Carolina
September 30, 2009